IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARIBE SALES AGENCIES, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>GARDNER BENDER, INC. and/or<br>GB ELECTRICAL, INC.,<br><br>    Defendant | CIVIL NO. 09-1221 (JP) |

**FINAL JUDGMENT**

    The parties have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFF** to have and recover the amount of One Hundred Fifty Thousand Dollars ($150,000.00) from Defendant in settlement for all claims asserted in the complaint and all damages arising therefrom, including goodwill. Defendant **SHALL** pay Plaintiff the aforesaid amount **on or before April 30, 2009.**

    Defendant **SHALL** pay Plaintiff the cost of the inventory valued at approximately One Hundred Five Thousand Dollars ($105,000.00), subject to an examination of said inventory to be held **on or before April 30, 2009.** The guidelines for the inspection and disposition of the inventory are set forth in the agreed-upon language of the Inventory Agreement of April 16, 2009, which is incorporated by reference herein.

CIVIL NO. 09-1221 (JP)          -2-

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 16th day of April, 2009.

                                                         s/Jaime Pieras, Jr.
                                                           JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE

**AS AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| CARIBE SALES AGENCIES, INC. | GARDNER BENDER, INC. |

    s/José A. Gallart                        s/Andrés W. López

JOSÉ A. GALLART, ESQ.          ANDRÉS W. LÓPEZ, ESQ.
ANGELIQUE DOBLE-BRAVO, ESQ.